IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREDAHL,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 11-01037 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 27, 2012.

DESIGNATION OF EXPERTS: 3/30/12; REBUTTAL: 4/13/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 4, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2012;

    Opp. Due February 10, 2012; Reply Due February 17, 2012;

    and set for hearing no later than March 2, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 26, 2012 at 3:30 PM.

JURY TRIAL DATE: July 9, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/5/11

                                                      SUSAN ILLSTON
                                                    United States District Judge