AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

LORRYNN BREDAHL

Plaintiff(s),

V.

STATE FARM MUTUAL INSURANCE COMPANY

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-01037 SI

Notice is hereby given that, subject to approval by the court, __LORRYNN BREDAHL__ substitutes
(Party (s) Name)

__LORRYNN BREDAHL acting In Pro Se__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __SANDRA F. BANKS__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: LORRYNN BREDAHL
- Address: 4856 Mintwood Court  San Jose, CA 95129
- Telephone: (408) 449-8816    Facsimile _____
- E-Mail (Optional): _____

I consent to the above substitution.

Date: 8/4/2011

(Signature of Party (s))

I consent to being substituted.

Date: 7/15/2011

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/19/11

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]