IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRYNN BREDAHL, *et al.*, | No. C 11-1037 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| STATE FARM MUTUAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Defendants' administrative request for an Order to Show Cause re dismissal for failure to prosecute is GRANTED. Plaintiffs are **ORDERED to state in writing, to be filed no later than January 20, 2012**, whether they intend to pursue this action and, if so, why they have failed to cooperate in the prosecution of this action as asserted by defendants in their administrative request. All dates set forth in the Pretrial Preparation Order are VACATED, pending resolution of this Order to Show Cause.

If plaintiffs do not file a satisfactory response to this Order to Show Cause, this action will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 12, 2012

SUSAN ILLSTON
United States District Court