# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRYNN BREDAHL *et al.*, <br><br> Plaintiffs, <br> vs. <br> STATE FARM MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: C-11-01037-YGR <br><br> **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiffs were Ordered to Show Cause why they failed to cooperate in the prosecution of this action, and were admonished that if they failed to file a satisfactory response, that this action would be dismissed for failure to prosecute. Plaintiffs failed to file a response. The case was then set for a Case Management Conference on February 9, 2012, but Plaintiffs failed to appear.

The Court having considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that notwithstanding the public policy favoring the disposition of actions on their merits, the Court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. In view of Plaintiffs' lack of response to the Court's prior order and Plaintiffs' failure to appear at the Case Management Conference, the Court finds there is no appropriate less drastic sanction. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this action is dismissed with prejudice for Plaintiffs' failure to prosecute.

**IT IS SO ORDERED.**

February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**